# Court of Appeals
# of the State of Georgia

ATLANTA,    August 07, 2013

*The Court of Appeals hereby passes the following order:*

**A13I0292.  LUCIOUS BROWN et al. v. THE STATE.**

Atlanta Public School System employee Lucious Brown filed a motion to dismiss the indictment filed against him and numerous co-indictees, which alleged a violation of their Fifth Amendment rights.  The trial court denied the motion. Brown and all of his co-indictees, with the exception of Beverly Hall, filed an application for interlocutory appeal of the trial court's order in this Court.  Hall filed her application for interlocutory appeal of the court's order in the Supreme Court, and it has been docketed as Case No. S13I1598.

The Supreme Court of Georgia has "ultimate responsibility for construing the constitutional provisions regarding appellate jurisdiction" and its determination results "in a binding and conclusive determination of the jurisdiction of the Court of Appeals." *Saxton v. Coastal Dialysis &c., Inc.*, 267 Ga. 177, 178 (476 SE2d 587) (1996).  Therefore, in the interest of judicial economy and in aid of our appellate jurisdiction, this direct appeal is TRANSFERRED to the Supreme Court so that one authoritative determination can be made as to which appellate court exercises appellate jurisdiction over these appeals.  See Ga. Const. of 1983, Art. VI, Sec. I, Par. IV.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 08/07/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

 *, Clerk.*